**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4475-18T2

LEVINE DESANTIS, LLC,
a New Jersey Limited Liability
Company,

     Plaintiff-Appellant,

v.

LAURIE GALITSIS, Executrix of the
the Estate of Nicholas Bovino, and
LAURIE GALITSIS, an Individual,

     Defendants-Respondents.

_____

Submitted May 7, 2020 – Decided May 20, 2020

Before Judges Alvarez and Suter.

On appeal from the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-1163-18.

Levine DeSantis, LLC, appellant pro se (Peter Nichols, on the briefs).

Beattie Padovano, LLC, attorneys for respondents (James V. Zarrillo, of counsel and on the brief).

PER CURIAM

The matter having been amicably settled by the parties, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-4475-18T2